B 2100A (Form 2100A) (12/15)

**United States Bankruptcy Court
Northern District of Indiana
Hammond Division**

In re    MICHAEL PAUL SHOEMAKER                        Case No.    15-21875-JPK

                          Debtor.

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

MidFirst Bank                                           CitiMortgage, Inc.
  Name of Transferee                                      Name of Transferor

Name and Address where notices to transferee           Court Claim # (if known):    2-1
should be sent:                                         Amount of Claim:    $121,351.54
MidFirst Bank                                           Date Claim Filed:    07/07/2015
999 NW Grand Blvd
Oklahoma City, OK 73118                                 Phone:    866-613-5636
                                                        Last Four Digits of Acct #:    8051

Phone:    405-426-1200
Last Four Digits of Acct #    4976
Name and Address where transferee payments
should be sent (if different from above):
MidFirst Bank
999 NW Grand Blvd
Oklahoma City, OK 73118

Phone:    405-426-1200
Last Four Digits of Acct #    4976

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    David M. Johnson                                 Date:    06/12/2017
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**CERTIFICATE OF SERVICE**

       This is to certify that a copy of the foregoing has been served upon the following electronically or by first class, United States mail, postage prepaid, postage prepaid on the day of filing with the U.S. Bankruptcy Court.:

Michael Paul Shoemaker, 8709 West 141st Court, Cedar Lake, IN 46303
Lavita R. Ball, 55 E. Monroe St., Ste 3400, Chicago, IL 60603, mer@geracilaw.com
John Madison Sadler, 55 E. Monroe, #3400, Chicago, IL 60603, mer@geracilaw.com
Paul R. Chael, 401 West 84th Drive, Suite C, Merrillville, IN 46410, alicia@pchael13.com
U.S. Trustee, One Michiana Square Building, Suite 555, 100 East Wayne Street, South Bend, IN 46601-2349

    By  /s/David M. Johnson (30354-45)
        Attorneys for MidFirst Bank
        Doyle & Foutty, P.C.
        41 E Washington Street, Suite 400
        Indianapolis, IN 46204
        Phone: (317) 264-5000
        Fax: (317) 264-5400
        Email: bankruptcy@doylelegal.com

S. Brent Potter (10900-49)
Tina M. Caylor (30994-49)
Stacy J. DeLee (25546-71)
David M. Johnson (30354-45)
Anthony L. Manna (23663-49)
Alan W. McEwan (24051-49)
Matthew L. Foutty (20886-49)
Craig D. Doyle (4783-49)
DOYLE & FOUTTY, P.C.
41 E Washington St., Suite 400
Indianapolis, IN 46204
Telephone (317) 264-5000
Facsimile (317) 264-5400